**Order filed, February 13, 2014**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00588-CR
_____

**JENNIFER CHRISTINE WAITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No 13**
**Harris County, Texas**
**Trial Court Cause No. 1848166**

---

## ORDER

The reporter's record in this case was due **October 24, 2013**. *See* Tex. R. App. P. 35.1. On **November 14, 2013**, this court ordered the court reporter to file the record within 30 days. On **January 08, 2014** this court granted **Deanne Bridwell's** motion for extension of time to file the record until **February 06, 2014**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Deanne Bridwell**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.  **No further extension will be entertained.**  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Deanne Bridwell** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM